Pamela Marie **GREENBERG**,
Respondent/Employee,

v.

**WASHINGTON UNIVERSITY**,
Appellant/Employer.

No. 65339.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 18, 1994.

Cynthia M. Hennessey, Robert M. Evans, Evans & Dixon, St. Louis, for appellant.

James F. Hullverson, Jr., Hullverson Law Firm, St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

Employer/insurer appeals from an award of the Labor and Industrial Relations Commission affirming worker's compensation benefits to employee for permanent partial disability as a result of a work-related accident.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the Commission is affirmed in accordance with Rule 84.16(b).